**ALEXANDER REED-KRASE, #272603**
**KRASE, BAILEY, REED-KRASE, LLP**
132 East Morton Avenue
Porterville, California 93257
Telephone: (559) 784-2353
Facsimile:  (559) 784-2463

Attorneys for Plaintiffs, Victor Sanchez, Angelina Sanchez, and Ubaldo Sanchez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Victor Sanchez and Angelina Sanchez, individually and as Husband and wife, Ubaldo Sanchez, an individual and doing business as Strathmore Ag Supply<br><br>Plaintiffs,<br><br>vs.<br><br>Friant Water Authority, a public agency of the State of California, United States Bureau of Reclamation, an agency of the United States of America, and Tulare County, a county of California,<br><br>Defendants. | Case No.  1:23-CV-01698-WBS-SAB<br><br>**STIPULATION and ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>**Action Filed: December 7, 2023**<br><br>**Ctrm.: 5; Hon. William B. Shubb** |

Plaintiffs Victor Sanchez, Angelina Sanchez, and Ubaldo Sanchez, Defendant Friant Water Authority and Defendant Tulare County, by and through their respective counsel of record, hereby request the Court dismiss the entire action without prejudice, pursuant to Fed. Rul. Civ. Pro. 41(a)(1)(A)(ii).

**SO STIPULATED.**

Dated:  July 25, 2024                                                /s/ Alexander Reed-Krase /s/
                                                                              Attorney for Plaintiffs Victor Sanchez,
                                                                              Angelina Sanchez, and Ubaldo Sanchez

Dated: July 25, 2024  /s/ Walter Wendelstein /s/
Attorney for Defendant
Friant Water Authority

Dated: July 25, 2024  /s/ Kevin Dehoff /s/
Attorney for Defendant
Tulare County

Dated: July 25, 2024  /s/ Benjamin Hall /s/
Attorney for Defendant
United States of America,
Bureau of Reclamation

## ORDER

Pursuant to the foregoing, the Court dismisses the entire action, without prejudice.

**IT IS SO ORDERED.**

**Dated: August 6, 2024**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE